IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Kurt Armstrong, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-13 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| Lawrence Grube, | ) | **RECOMMENDATION** |
| | ) | |
| Defendant. | ) | |

On June 14, 2011, the Honorable Karen K. Klein, United States Magistrate Judge, filed a

Report and Recommendation pursuant to 28 U.S.C. § 636, granting Plaintiff's motion to amend

the complaint and recommending that Defendant's motion to dismiss be denied (Doc. #21). No

party has filed an objection to the Report and Recommendation within the prescribed period of

time.

The Court has reviewed the Report and Recommendation, along with the entire file, and

agrees with the Magistrate Judge's analysis and recommendation. Accordingly, the Court hereby

adopts the Report and Recommendation in its entirety. For the reasons set forth therein,

Defendant's motion to dismiss for lack of jurisdiction (Doc. #5) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2011.

*/s/  Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court